```
 1                 UNITED STATES DISTRICT COURT

 2                SOUTHERN DISTRICT OF CALIFORNIA

 3

 4  FEIST, et al.,                  )  Case No. 16CV1369-H-MSB
                                    )
 5            Plaintiffs,           )  San Diego, California
                                    )
 6  vs.                             )  Friday,
                                    )  November 16, 2018
 7  PETCO ANIMAL SUPPLIES, INC.,    )  10:30 a.m.
    et al.,                         )
 8                                  )
              Defendants.           )
 9  _____)

10
        TRANSCRIPT OF FINAL APPROVAL HEARING/MOTION HEARING
11            BEFORE THE HONORABLE MARILYN L. HUFF
                  UNITED STATES DISTRICT JUDGE
12
    APPEARANCES:
13
    For the Plaintiffs:           MARK S. GREENSTONE, ESQ.
14                                Glancy, Prangay, Murray, LLP
                                  1925 Century Park East
15                                Suite 2100
                                  Los Angeles, California 90067
16                                (310) 201-9150

17  For the Defendants:           FREDERICK W. KOSMO, ESQ.
                                  Wilson, Turner, Kosmo, LLP
18                                550 West "C" Street, Suite 1050
                                  San Diego, California 92101
19                                (619) 236-9600

20  Transcript Ordered by:        HARRY KHARADJIAN

21  Court Recorder:               L. Lawrence
                                  United States District Court
22                                333 West Broadway
                                  San Diego, California 92101
23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

*Echo Reporting, Inc.*

ii

1  Transcriber:                    Jordan R. Keilty
                                   Echo Reporting, Inc.
2                                  4455 Morena Boulevard
                                   Suite 104
3                                  San Diego, CA 92117
                                   (858) 453-7590
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                                 1
 1   SAN DIEGO, CALIFORNIA   FRIDAY, NOVEMBER 16, 2018 10:30 A.M.
 2                             --oOo--
 3        (Call to order of the Court.)
 4             THE CLERK:  Number seven on calendar, 16CV1369,
 5  Feist, et al., versus Petco Animal Supplies, Inc., et al., for
 6  a final approval hearing and motions hearing.
 7             THE COURT:  Good morning.
 8             ALL:  Good morning, your Honor.
 9             THE COURT:  There were two matters addressed.  One
10  was in the preliminary approval.  The cy-pres needed to be
11  rationally related to the purposes of the settlement, and the
12  Court is satisfied with that submission.
13             And then the second matter was that the settlement
14  administrative costs have gone up from $81,000 to
15  approximately $114,000 and a little bit more money, but in
16  light of the settlement, the Court believes that that's fair
17  as well.  So I don't have any issues on that.
18             And then today the Plaintiff filed a declaration
19  indicating that there had been no timely objections but five
20  opt outs from the settlement.
21             MR. GREENSTONE:  Yes, your Honor.
22             THE COURT:  All right.  So the court has this in
23  open court in the event that there are any objectors or
24  somebody that comes well after the time that this has been set
25  to be heard.  And have you both stated your appearances for
```

```
                                                               2
 1  the record?
 2            MR. GREENSTONE:  Oh, Mark Greenstone for the
 3  Plaintiffs, your Honor.
 4            MR. KOSMO:  And, your Honor, Fred Kosmo, Wilson,
 5  Turner, Kosmo, on behalf of Petco.
 6            THE COURT:  Thank you.
 7            MR. KOSMO:  And, your Honor, I would also -- on
 8  behalf of KCC as the claims administrator, I think they did a
 9  good job, and they addressed all the issues that came up to
10  make sure the class got proper notice.  So --
11            THE COURT:  Yes, and there was a lot of work to be
12  done.  So --
13            MR. KOSMO:  Yes.
14            THE COURT:  And I think that that's a reasonable
15  explanation.  So the Court will certify the settlement class.
16  The Court will grant final approval of the class settlement,
17  and then the Court will approve the Plaintiffs' request for
18  attorneys' fees, costs, and the incentive payment.
19            the Court -- and on the cy-pres issue, I note the
20  Supreme Court has taken up the cy-pres case on class action
21  settlement.  So it is important that the cy-pres be related to
22  the purposes of the settlement, and in this case I believe it
23  does, and the parties have addressed that.
24            Any comments on that issue?
25            MR. GREENSTONE:  None other than I agree, your
```

3

1 Honor.
2          MR. KOSMO:  Yeah, and I would agree and thank the
3 Court for helping us in that regard.
4          THE COURT:  All right.  So anything further from
5 either of the parties?
6          MR. GREENSTONE:  No, your Honor.
7          MR. KOSMO:  Good to see you, your Honor.
8          THE COURT:  All right.  Nice to see you too.
9          And the Court will then issue a written order.
10         MR. KOSMO:  Thank you.
11         THE COURT:  Thank you for coming.
12         MR. GREENSTONE:  The only thing I would add, your
13 Honor, I had an order submitted yesterday, and the reason
14 being the order that we submitted along with our papers did
15 not have the list of opt outs.  So I had an order submitted
16 yesterday that did include that.  So --
17         THE COURT:  Do you want the order -- the Court's
18 order to include the opt outs or if I just sign that these
19 people have opted out, is that sufficient?
20         MR. GREENSTONE:  I think either way is fine.  I
21 just wanted the Court to have it in case the Court wanted it.
22         THE COURT:  Normally I don't list who the opt outs
23 are.
24         MR. GREENSTONE:  And I will say the --
25         THE COURT:  Is there any requirement under --

```
                                                              4
 1          MR. GREENSTONE:  I don't believe so.  In
 2 addition --
 3          THE COURT:  -- Rule 23?
 4          MR. GREENSTONE:  In addition, we did file a
 5 supplemental claims administrator declaration that has the
 6 same exhibit listing them.  So if anybody ever wanted proof on
 7 the record, they would have it.  So I don't think it's
 8 necessary.
 9          THE COURT:  So we could just put the opt outs are
10 listed in document blah?
11          MR. GREENSTONE:  Yes.
12          THE COURT:  Document whatever it is.  All right.
13 Thank you very much.
14          MR. GREENSTONE:  Okay.
15          THE COURT:  Nice to see both of you.
16          ALL:  Thank you, your Honor.
17      (Proceedings recessed.)
18
19
20
21
22
23
24
25
```

5

1     I certify that the foregoing is a correct
2 transcript from the electronic sound recording of the
3 proceedings in the above-entitled matter.
4
5 /s/Jordan Keilty                    12/18/18
  Transcriber                         Date
6
  FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
7
8 /s/L.L. Francisco
  L.L. Francisco, President
9 Echo Reporting, Inc.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25